IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GEORGE PRESTON,<br><br>    Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:08-0185<br>JUDGE ECHOLS |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff George Preston and Defendant OCWEN LOAN SERVICING, LLC and Ocwen Financial Corporation (collectively "Ocwen"), by and through the undersigned counsel, and respectfully request this Court to dismiss, *with prejudice*, all claims asserted by Plaintiff against Defendants. As grounds for this motion, the parties set forth and say as follows:

1. The Plaintiff has entered into a Settlement Agreement with Defendants, Ocwen Loan Servicing, LLC and Ocwen Financial Corporation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff George Preston, and Defendants, Ocwen Loan Servicing, LLC and Ocwen Financial Corporation

request this Court to enter an Order dismissing all claims asserted by the Plaintiff against Defendants, Ocwen Loan Servicing, LLC and Ocwen Financial Corporation *with prejudice*. Court costs to be taxed as paid.

Respectfully submitted,

s/ R. Dale Bay
R. Dale Bay, BPR No.: 10896
Lewis, King, Krieg & Waldrop, P.C.
201 Fourth Avenue, North,
Suite 1500
Post Office Box 198615
Nashville, Tennessee 37219
Telephone: (615) 259-1366
Facsimile: (615) 259-1389
E-Mail: dbay@lewisking.com
*Attorney for Defendants*

s/ G. Kline Preston
G. Kline Preston, IV, BPR No.: 17141
4525 Harding Road, Suite 200
Nashville, Tennessee 37205
Tel: (615) 620-4322
Fax: (615) 620-4514
E-Mail: kpreston@klinepreston.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of May, 2008, a copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

R. Dale Bay
Lewis, King, Krieg & Waldrop, P.C.
201 Fourth Avenue, North,
Suite 1500
Post Office Box 198615
Nashville, Tennessee 37219
Telephone: (615) 259-1366
Facsimile: (615) 259-1389
E-Mail: dbay@lewisking.com

G. Kline Preston, IV
4525 Harding Road, Suite 200
Nashville, Tennessee 37205
Tel: (615) 620-4322
Fax: (615) 620-4514
E-Mail: kpreston@klinepreston.com

                                         s/ R. Dale Bay